To: Clerk of Court, Peter T. Dalleo
DA: April 30, 2007
FR: Kenny Reeder #253949

07-243(SLR)

Dear Clerk,

　　Please find enclosed the $5.00 filing fee for my Writ of Habeas Corpus.

Very truly yours,
Kenny Reeder



FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
Receipt # 147529

IM Kenny Reeder
SBI# 253949
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

United States District Court
Clerk of Court, Peter T. Dalleo
844 N. King St. Lockbox 18
Wilmington, DE
19801