IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KENNETH F. REEDER,                )
                                  )
        Petitioner,               )
                                  )
v.                                )        Civil Action No. 07-243-SLR
                                  )
THOMAS CARROLL,                   )
Warden, and JOSEPH                )
R. BIDEN III, Attorney            )
General of the State              )
of Delaware,                      )
                                  )
        Respondents.              )

## ORDER

WHEREAS, you have filed a form petition for federal habeas corpus relief

pursuant to 28 U.S.C. § 2254; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before ruling on the merits of a your petition, you must be given notice

that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d

644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 25th day of May, 2007, that,

on or before _____July 9, 2007_____, you must file the attached election form with the

court. Failure to timely return the completed election form will result in the court's ruling

on your pending petition as filed.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KENNETH F. REEDER,                )
                                  )
          Petitioner,             )
                                  )
v.                                )          Civil Action No. 07-243-SLR
                                  )
THOMAS CARROLL,                   )
Warden, and JOSEPH                )
R. BIDEN III, Attorney            )
General of the State              )
of Delaware,                      )
                                  )
          Respondents.            )

## AEDPA ELECTION FORM

1. _____    I wish the court to rule on my § 2254
                petition as currently pending. I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this petition
                will be my one opportunity to seek federal
                habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
                include all the grounds I have. I will
                do so within thirty (30) days. I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this amended
                all-inclusive petition will be my one
                opportunity to seek federal habeas corpus
                relief.

3. _____    I wish to withdraw my § 2254 petition
               without prejudice to file one all-inclusive
               petition in the future; that is, one
               that raises all the grounds I have for
               federal habeas corpus relief. I realize
               this all-inclusive petition must be filed
               within the one-year period as defined by
               28 U.S.C. § 2244(d). See Swartz v. Meyers,
               204 F.3d 417 (3d Cir. 2000).


4. _____    I am not seeking federal habeas corpus
               relief under § 2254. I am instead seeking
               relief under _____.


               _____
               Petitioner