CA 07-243 SLR

To: Clerk of Court, Peter T. Dalleo
OA: August 29, 2007
FR: Kenny F. Reeder

Dear Mr. Dalleo,

   I'm writing concerning my federal habeas corpus that is pending in your court. Hon. Sue L. Robinson is my person's assigned Judge. However, I was wondering, do I just forward my Amended petition or do I await until the court responds/directs my person too? It has been approx six (6) weeks. Please respond soon. This is an amicable request.

Very truly yours,
Kenny F. Reeder

I/M Kenny Reader
SBI# 339249   UNIT W-B-13
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of Court, Peter T. Dalleo
United States District Court
844 N. King St., lockbox 18
Wilmington, DE
19801

LEGAL MAIL