IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH F. REEDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-243-SLR |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, and JOSEPH ) | |
| R. BIDEN III, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

At Wilmington this 7th day of September, 2007;

IT IS ORDERED that:

Petitioner Kenneth F. Reeder's letter,[1] which the court liberally construes as a letter motion for an extension of time to file an amended § 2254 petition, is **GRANTED**. (D.I. 7) Petitioner shall file his amended petition no later than September 21, 2007.

							_____
							UNITED STATES DISTRICT JUDGE

---

[1] Petitioner indicated on the AEDPA election form that he intended to file an amended petition within 30 days. In this situation, an order permitting an amendment is not necessary. Nevertheless, petitioner's letter states that he is unsure as to whether he can file the amended petition without a further order from the court. Considering that the 30 day period has expired, and given petitioner's alleged confusion, the court construes the instant letter as a motion for an extension of time to file an amended petition.