To: Hon. Sue L. Robinson
DA: Sept. 17, 2007
FR: Kenny Reeder, No.: 07-243 SLR

Dear Judge,

I enclosed two (2) copies of my Amended petition because I was unsure on whether I forward a copy to the Respondents, if I need to, I have an extra copy here & will forward it upon hearing from your Honor/court or you can send the extra I enclosed, either way, however you want to handle it. Thanks!

Sincerely,
Kenny Reeder,
Petitioner.

FILED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE