**D.I. #** _____

## CIVIL ACTION
## NUMBER: _____ 07-243 (SLR)_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To  LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.;  DEPARTMENT OF JUSTICE
or PO Box No.  820 N. FRENCH STREET
City, State, ZIP+4  WILMINGTON, DE  19801

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0004 3169 7418

2007 OCT 16  PM 3: 31

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**D.I. #** _____

# CIVIL ACTION
# NUMBER: ___07- 243 (SLR)___

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Sent To WARDEN TOM CARROLL
Street, Apt. No.; DELAWARE CORRECTIONAL CENTER
or PO Box No. 1181 PADDOCK RD.
City, State, ZIP+4 SMYRNA, DE 19977

PS Form 3800, June 2002          See Reverse for Instructions

7003 1680 0002 2585 9615

2007 OCT 16 PM 3: 31

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE