United States District Court
For the District of Delaware



## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv243 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

07-243-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) D. Price   C. Date of Delivery 10/17/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0002 2585 9615 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FILED OCT 18 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE