IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KENNETH F. REEDER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-243-SLR |
| ) | |
| **ELIZABETH BURRIS**, Acting Warden ) | |
| and **JOSEPH R. BIDEN III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents in *Reeder v. State*, No. 552/583, 1999 have been filed and are available in paper form only.

   a. Appellant's Opening Brief

   b. State's Answering Brief

   c. Order (March 26, 2001)

2. Notice is also given that certified copies of the following Delaware Supreme Court documents in *Reeder v. State*, No. 273, 2005 have been filed and are available in paper form only.

   a. Appellant's Opening Brief With Attached Appendix

   b. Appellee's Answering Brief and Appendix

   c. Appellant's Reply Brief and Appendix

   d. Order (May 3, 2006)

3. Mr. Reeder's Superior Court records are located in Georgetown, Delaware. Because counsel is located in New Castle County, it has been difficult to coordinate a time to get certified

copies of the necessary Superior Court documents. Counsel has requested that Department of Justice personnel in Sussex County assist him in procuring these documents. Counsel now anticipates that certified copies of these documents should be mailed and received by counsel on or before January 18, 2008.

    4. In accordance with Rule 7.1.1., I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this request.

    5. Counsel submits that an extension of time to and including January 18, 2008 to file the certified copies of Superior Court documents is reasonable. Respondents submit herewith a proposed order

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 21, 2007

# CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 21, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

      Kenneth F. Reeder
      No. 253949
      1181 Paddock Road
      Delaware Correctional Center
      Smyrna, DE 19977

                                              /s/Kevin M. Carroll
                                              Deputy Attorney General
                                              Department of Justice
                                             820 N. French Street
                                             Wilmington, DE 19801
                                             (302) 577-8500
                                             Del. Bar. ID No. 4836
                                             Kevin.Carroll@state.de.us

Date:  December 21, 2007