In The United States District Court
For District of Delaware

Kenny F. Reeder,
  Petitioner,

Civ. A. No. 07-243-SLR

V.

Elizabeth Burris, acting Warden
& Joseph R. Biden III, Attorney General
for State of Delaware

FILED
2008 JAN 11 PM 3:26
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for extension of Time to file
Reply to states Answer

Comes Now, the Petitioner, Kenny F. Reeder, Pro Se' Pursuant to Fed. R. Crim. P.         respectfully requests this Hon. Court to extend his time to reply to state's Answer to thirty (30) days from January 21, 2008 to February 21, 2008. In support thereof, Petitioner states the following:

1. Petitioner has strict limited access to the Law Library (everything in done thru the mail)

2. Petitioner needs this extension to adequately research & cite the relevant Case law to support his claims

    Petitioner humbly prays this Hon. Grant this extension to the thirty (30) day extension or longer.

DATED: January 9, 2008

Respectfully Submitted,
Kenny Reeder #253949
1181 Paddock Rd. D.C.C.
Smyrna, DE 19977

## Certificate of Service

I, **Kenny F. Reeder**, hereby certify that I have served a true and correct cop(ies) of the attached: **Motion for extension of time to reply to States Answer** upon the following parties/person (s):

TO: Hon. Chief Sue L. Robinson, J.
844 N. King St., lockbox 18
U.S.D.C., Distr. for Delaware
Wilm., DE 19801

TO: Kevin M. Carroll, DAG
Dept. of Justice
820 N. French St.
Wilm, DE 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **9** day of **January**, 2007

*Kenny Reeder*

I/M K. Reeder
SBI# 253949  UNIT 22 AU-17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
mail

U.S. District Court, Dist. for Delaware
844 N. King St., lockbox 18
Wilmington, DE
19801

Legal
mail