IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH F. REEDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-243-SLR |
| ) | |
| PERRY PHELPS, ) | |
| Warden, and JOSEPH ) | |
| R. BIDEN III, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

At Wilmington this 28th day of January, 2008;

IT IS ORDERED that:

Petitioner Kenneth F. Reeder's motion for an extension of time to file a reply to the State's answer is **GRANTED**. (D.I. 19) Petitioner shall file his reply no later than February 29, 2008.

_____
UNITED STATES DISTRICT JUDGE