IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH F. REEDER,            )<br>                               )<br>         Petitioner,          )<br>                               )<br>    v.                        )<br>                               )<br> PERRY PHELPS, Warden,         )<br> and ATTORNEY GENERAL          )<br> OF THE STATE OF               )<br> DELAWARE,                     )<br>                               )<br>         Respondents.         ) | Civil Action No. 07-243-SLR |

### ORDER

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Kenneth F. Reeder's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED and the relief requested therein is DENIED. (D.I. 1; D.I. 10)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

Dated: May 13, 2008

_____
UNITED STATES DISTRICT JUDGE