In The United States District Court
For District of Delaware

Kenny F. Reeder,
   Plaintiff,

V.

Warden T. Carroll, et al
   Defendants.



Civ. A. No. 07-243 S.L.R.

## Motion for Extension of Time

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff moves for an extension of time to respond to the Order dated May 13, 2008.

In Support thereof, Plaintiff states the following:

1. This is Plaintiff's first (1st) request for an extension of time for service for Reargument.
2. Plaintiff is an inmate at the Delaware Correctional Center. He is indigent & cannot afford Counsel & is therefore proceeding Pro se'.
3. Plaintiff has limited knowledge & experience of in legal legal research & legal Principals, which will be focus of this Reargument. Additional, due to the strict limitations imposed by institution on the use of law library, he is unable to visit the library facility at all, everything is done thru the mail with a three to four (3-4) day window for response.

Therefore, it is expected that Plaintiff will need more time to Perfect his Reargument.

WHEREFORE, based on the above reasons, Plaintiff respectfully prays this Honorable Court to Grant his motion & extend the time for Reargument from May 23, 2008 to June 30, 2008.

DATED: May 22, 2008.

Respectfully Submitted,

Kenny F. Reeder #253949
1181 Paddock Rd. D.C.C.
Smyrna, DE 19977

## Certificate of Service

I, _Kenny F. Reeder_, hereby certify that I have served a true and correct cop(ies) of the attached: _Extension of Time for Reargument_ upon the following parties/person (s):

TO: _Kevin M. Carroll, DAG_
_820 N. French St., 6th Fl_
_Wilmington, DE 19977_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _22_ day of _May_, 2008

_Kenny Reeder_

I/M K. Reeder
SBI# 253949  UNIT 23 BU-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
MAIL

United States District Court
Dist. for Delaware, Hon. Sue L. Robinson
844 N. King St., lockbox 18
Wilmington, DE. 19801

LEGAL MAIL