IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH F. REEDER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No. 07-243-SLR |
| | ) |
| PERRY PHELPS, | ) |
| Warden, and JOSEPH | ) |
| R. BIDEN III, Attorney | ) |
| General of the State | ) |
| of Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this __ day of June, 2008;

IT IS ORDERED that:

Petitioner Kenneth F. Reeder's motion for an extension of time to file a motion for reargument is **GRANTED**. (D.I. 24) Petitioner shall file his motion for reargument no later than June 23, 2008.

_____
UNITED STATES DISTRICT JUDGE